# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
# CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.** **2. PLEASE TYPE OR PRINT.** **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| United States of America v. City of Rochester | W.D.N.Y. | Frank P. Geraci, Jr. |
| | Date the Order or Judgment Appealed from was Entered on the Docket: 09/02/2026 | District Court Docket No.: 25-cv-6226 |
| | Date the Notice of Appeal was Filed: 10/30/2026 | Is this a Cross Appeal? Yes ✓ No |

| | Counsel's Name: Address: Telephone No.: Fax No.: E-mail: |
|---|---|
| **Attorney(s) for Appellant(s):** ✓ Plaintiff Defendant | Daniel Tenny, Civil Division, Appellate Staff, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530, 202-514-1838, daniel.tenny@usdoj.gov |
| **Attorney(s) for Appellee(s):** Plaintiff ✓ Defendant | Patrick Beath<br>Office of the Corporation Counsel, City of Rochester<br>30 Church Street<br>Rochester, NY 14614<br>585-428-6812<br>patrick.beath@cityofrochester.gov |

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? Yes ✓ No |
|---|---|---|---|
| No | | | If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.: Reporter Citation: (i.e., F.3d or Fed. App.) |

***ADDENDUM "A"*:** **COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.**

***ADDENDUM "B"*:** **COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**

## PART A: JURISDICTION

| 1. Federal Jurisdiction | | 2. Appellate Jurisdiction | |
|---|---|---|---|
| ✓ U.S. a party | Diversity | ✓ Final Decision | Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| Federal question (U.S. not a party) | Other (specify): ______ | Interlocutory Decision Appealable As of Right | Other (specify): ______ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**PART B: DISTRICT COURT DISPOSITION (Check as many as apply)**

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief | |
|---|---|---|---|---|
| Pre-trial<br>During trial<br>After trial | Default judgment<br>Dismissal/FRCP 12(b)(1) lack of subj. matter juris.<br>✓ Dismissal/FRCP 12(b)(6) failure to state a claim<br>Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint<br>Dismissal/28 U.S.C. § 1915(e)(2) other dismissal | Dismissal/other jurisdiction<br>Dismissal/merit<br>Judgment / Decision of the Court<br>Summary judgment<br>Declaratory judgment<br>Jury verdict<br>Judgment NOV<br>Directed verdict<br>Other (specify): | Damages:<br>Sought: $ ______<br>Granted: $ ______<br>Denied: $ ______ | ✓ Injunctions:<br>Preliminary<br>Permanent<br>✓ Denied |

**PART C: NATURE OF SUIT (Check as many as apply)**

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust<br>Bankruptcy<br>Banks/Banking<br>Civil Rights<br>Commerce,<br>Energy<br>Commodities<br>Other (specify): ____________ | Communications<br>Consumer Protection<br>Copyright □ Patent<br>Trademark<br>Election<br>Soc. Security<br>Environmental | Freedom of Information Act<br>✓ Immigration<br>Labor<br>OSHA<br>Securities<br>Tax | Admiralty/ Maritime<br>Assault / Defamation<br>FELA<br>Products Liability<br>Other (Specify): | Admiralty/ Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable Instruments<br>Other Specify | Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| Forfeiture/Penalty<br>Real Property<br>Treaty (specify): ______________<br>Other (specify): ______________ | Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | ✓ Yes No<br><br>Will appeal raise a matter of first impression?<br><br>✓ Yes No |

1. Is any matter relative to this appeal still pending below? Yes, specify: ______________________________ ✓ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

   (A) Arises from substantially the same case or controversy as this appeal? Yes ✓ No

   (B) Involves an issue that is substantially similar or related to an issue in this appeal? ✓ Yes No

If yes, state whether "A," or ✓ "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| see attached | | | |

Name of Appellant: United States

| Date: | Signature of Counsel of Record: |
|---|---|
| 11/13/2026 | s/ Daniel Tenny |

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the$505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.